IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DON WEBB ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-17-252-W |
| ) | |
| WB SUPPLY, LLC, f/k/a WBS, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Don Webb, hereby stipulates with the defendant, WB Supply LLC, that this action shall be dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

Respectfully submitted this 6th day of October, 2017.

/s/David Pomeroy_____
*(signed with permission by filing attorney)*
David Pomeroy
Anne E. Zachritz
Dylan D. Erwin
ANDREWS DAVIS, P.C.
100 North Broadway, Suite 3300
Oklahoma City, OK 73102
**ATTORNEYS FOR PLAINTIFF**

1

*/s/Nathan L. Whatley*
Nathan L. Whatley, OBA # 14601
Philip R. Bruce, OBA #30504
McAfee & Taft A Professional Corporation
10th Floor, 2 Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
(405) 235-9621 telephone
(405) 228-7365 facsimile
nathan.whatley@mcafeetaft.com

Nora R. O'Neill
Frederic Dorward Lawyers
124 East Fourth Street
Tulsa, OK
(918)583-9922 telephone
(918) 583-9927 facsimile
noneill@fdlaw.com

**ATTORNEYS FOR DEFENDANT**